NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

v.

**GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, ALSO KNOWN AS AMERICAN NATIONAL FIRE INSURANCE COMPANY,**
*Defendant-Appellant,*

AND

**WASHINGTON INTERNATIONAL INSURANCE COMPANY,**

*Defendant.*

---

2012-1056

---

Appeal from the United States Court of International Trade in case no. 09-CV-0187, Senior Judge Richard W. Goldberg.

---

**ON MOTION**

---

**ORDER**

Great American Insurance Company of New York (Great American Insurance) moves to withdraw its appeal without prejudice to its right to file another appeal should either the United States or Washington International Insurance Company file a subsequent notice of appeal. The United States submits a letter requesting the court withdraw its order entered on May 22, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's May 22, 2012 order is withdrawn as moot.

(2) The motion to withdraw the appeal is granted. Appeal 2012-1056 is dismissed.*

(3) Each party shall bear its own costs.

FOR THE COURT

JUN 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Theodore R. Posner, Esq.
Amy M. Rubin, Esq.

s25

ISSUED AS A MANDATE: __JUN 0 5 2012__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 5 2012

JAN HORBALY
CLERK

---

* It is not the court's usual practice to designate a dismissal as being with or without prejudice.